NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANCESCA COSTANTINO, ROBERTO LENNA, AND SILVIA PIURI,**
*Appellants,*

v.

**CARSTEN SEILZ AND HARTMUT SEBA,**
*Appellees.*

---

2012-1511
(Interference No. 105,788)

---

Appeal from the United States Patent and Trademark Office, Board f Patent Appeals and Interferences.

---

**ON MOTION**

---

**ORDER**

The parties jointly move for Carstein Seilz and Hartmut Seba to have a 14-day extension of time, until November 16, 2012, to file their response brief, and for Francesca Costantino, Roberto Lenna and Silvia Piuri to have a 9-day extension of time, until December 12, 2012, to file their reply brief.

FRANCESCA COSTANTINO V. CARSTEN SEILZ                    2

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s27